IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ALYSHA JEFFERY,<br><br>          Plaintiff,<br><br>vs.<br><br>UNDER CANVAS INC., VICTORIA FORHAN, SHEAN RUSH, and JOHN DOES 1-50,<br><br>          Defendants. | CV 24-181-BU-KLD<br><br>CERTIFICATION |

      In accordance with the directive of 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to Austin Knudsen, Attorney General for the State of Montana, that the constitutionality of the damages limitations in Montana Code Annotated § 39-2-905 has been called into question by pleadings filed by the Plaintiff in the above-captioned case.

      The Clerk of Court is directed to serve a copy of this Certification by first class U.S. Mail upon the Montana Attorney General at the following address: Department of Justice, P.O. Box 201401, Helena, MT, 59620-1401.

      DATED this 3rd day of February, 2025.

                                                                    _____
                                                                    Kathleen L. DeSoto
                                                                    United States Magistrate Judge