IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ALYSHA JEFFERY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNDER CANVAS INC., VICTORIA FORHAN, SEAN RUSH, and JOHN DOES 1-50,<br><br>　　　　　Defendants. | CV 24-181-BU-KLD<br><br><br>ORDER |

Plaintiff Alysha Jeffery has filed a motion for leave to file Defendant Under Canvas, Inc.'s 2024 Salary Budget ("Exhibit C") under seal for the sole purpose of Court's review of her Rule 12 Motions to Strike and Dismiss. (Doc. 34). Defendant Under Canvas does not object to the exhibit being filed under seal. (Doc. 34 at 3).

IT IS ORDERED that Plaintiff's motion is GRANTED. Plaintiff has leave to file Exhibit C under seal.

DATED this 17th day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge