IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ALYSHA JEFFERY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNDER CANVAS INC., VICTORIA FORHAN, SEAN RUSH, and JOHN DOES 1-50,<br><br>　　　　　Defendants. | CV 24-181-BU-KLD<br><br>ORDER |

Upon stipulation of the parties, and good cause appearing,

**IT IS ORDERED** that the above matter, including all claims and counterclaims, are dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 29th day of May, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge